# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

OLIVER HAMILTON,

      Plaintiff,

v.                            CASE NO. 1:25cv205-RH-HTC

ZAXBY'S,

      Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B) because it is barred by the statute of limitations." The clerk must close the file.

SO ORDERED on September 22, 2025.

s/Robert L. Hinkle
United States District Judge